# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3021
_____

EDMUND M. KLUBECK and
CHERYL A. BATTAGLINO,

    Appellants,

    v.

CCRC PROPCO-CYPRESS
VILLAGE LLC,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Robert M. Dees, Judge.

June 25, 2018

PER CURIAM.

    AFFIRMED.

LEWIS, KELSEY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Valarie Linnen, Atlantic Beach, for Appellants.

W. Cleveland Acree, II, of Quintairos, Prieto, Wood & Boyer, P.A., Orlando, for Appellee.